IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROY MUNN,                              )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )    CASE NO. CV418-208
                                       )
STANLEY MOSLEY,                        )
                                       )
    Defendant.                         )
                                       )

## O R D E R

Before the Court is Plaintiff's Stipulation of Dismissal with Prejudice. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of February 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA